IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RESTORATION SPECIALISTS, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-00644 |
| | ) | |
| HARTFORD FIRE INSURANCE | ) | |
| COMPANY, | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| Defendant. | ) | |

**DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S MOTION FOR EXTENSION TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**

Now Comes, Defendant HARTFORD FIRE INSURANCE COMPANY ("Hartford"), through its attorneys, Fisher Kanaris, P.C., and for its Motion for Extension to File Its Response to Plaintiff's Complaint, states as follows:

1. On December 13, 2007, Plaintiff, Restoration Specialists, LLC, ("Plaintiff") filed a Complaint for Declaratory Judgment against Hartford in the Circuit Court of Cook County, Illinois, Chancery Division, Case No. 07 CH 35788, alleging that it sustained losses in excess of $250,000. *See Complaint Attached as Exhibit A.*

2. On December 31, 2007, Plaintiff served Hartford with the Complaint for Declaratory Judgment via service of summons on the Illinois Department of Insurance. Hartford received the complaint on January 7, 2008.

3. Hartford timely filed a Notice of Removal with this court on January 30, 2008, thereby transferring the matter to the United States District Court for the Northern District of Illinois, Eastern Division. *See Notice of Removal attached as Exhibit B.*

4.  Defendant Hartford must respond to Plaintiff's complaint within 5 days of filing its Notice of Removal, or by February 6, 2008.

5.  Plaintiff has contacted counsel for Plaintiff Restoration Specialists and has requested an extension of time to file its response to Plaintiff's complaint. Counsel for Plaintiff Restoration Specialists has agreed to allow Defendant Hartford an extension of 21 days to file its response to Plaintiff's complaint, or until February 27, 2008.

WHEREFORE, Defendant, HARTFORD FIRE INSURANCE COMPANY, requests this Honorable Court grant Defendant HARTFORD FIRE INSURANCE COMPANY's Motion and enter an order allowing an extension of 21 days until February 27, 2008, to file its response to Plaintiff's Complaint, and such other relief as this Court deems just and proper.

Respectfully submitted,

By: /s/ David E. Heiss
Peter E. Kanaris
David E. Heiss
Michael A. Wax
FISHER KANARIS, P.C.
200 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Tel.: (312) 474-1400
Fax: (312) 474-1410
E-Mail: pkanaris@fisherkanaris.com
dheiss@fisherkanaris.com
mwax@fisherkanaris.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Laurie M. Burgess
Katz, Friedman, Eagle,
Eisenstein, Johnson & Bareck, P.C.
77 W. Washington St.
Suite 2000
Chicago, IL 60602
(312) 263-6330

/s/ David E. Heiss
Peter E. Kanaris
David E. Heiss
Michael A. Wax
FISHER KANARIS, P.C.
200 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Tel.:   (312) 474-1400
Fax:   (312) 474-1410
E-Mail: pkanaris@fisherkanaris.com
dheiss@fisherkanaris.com
mwax@fisherkanaris.com