Case 1:07-cv-999..  Document 1209  Filed 01/30/...08  Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RESTORATION SPECIALISTS, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| HARTFORD FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Hartford Fire Insurance Company ("Hartford"), which, pursuant to 28 U.S.C. §1332, 28 U.S.C. §1441(a) and in accordance with 28 U.S.C. §1446, hereby submits their Notice of Removal to remove certain litigation styled *Restoration Specialists, LLC v. Hartford Fire Insurance Company*, No. 07 CH 35788, on the docket of the Circuit Court of Cook County, Illinois, Chancery Division (the "Lawsuit"), to the United States District Court for the Northern District of Illinois, Eastern Division, and shows unto this Court as follows:

1. On December 13, 2007, Plaintiff, Restoration Specialists, LLC, ("Plaintiff") filed a Complaint for Declaratory Judgment against Hartford in the Circuit Court of Cook County, Illinois, Chancery Division, Case No. 07 CH 35788, alleging that it sustained losses in excess of $250,000.

2. Plaintiff demands that Hartford pay Plaintiff for its loss in excess of $250,000.00 and alleges that Hartford has breached its duty of good faith and fair dealing by not paying the claim submitted by Plaintiff. The amount in controversy exceeds the $75,000.00 jurisdictional

{N1667411.1}  1


EXHIBIT B

minimum.

3. A copy of all process, pleadings, and orders served upon Hartford in the state court action and known to Hartford to be in the state court record is attached hereto as Exhibit "A".

4. On December 31, 2007, Plaintiff served Hartford with the Complaint for Declaratory Judgment via service of summons on the Illinois Department of Insurance. Hartford received the complaint on January 7, 2008.

5. Because this Notice of Removal has been filed within thirty (30) days of December 31, 2007, this Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b).

6. The claim is a civil action to which this Court has original jurisdiction under 28 U.S.C. § 1332 and Hartford is entitled to remove the action to this Court pursuant to 28 U.S.C. § 1441(a) in that:

    a. Plaintiff Restoration Specialists, LLC., is an Illinois limited liability company residing in Cook County, Illinois

    b. Defendant Hartford, is a Connecticut corporation with its principle place of business located in Hartford, Connecticut.

    c. Upon information and on belief there is diversity of citizenship between thee parties; and

    d. The matter in controversy exceeds $75,000.00, exclusive of interest and costs.

7. A copy of this Notice of Removal has been filed with the Clerk of Court for the Circuit Court of Cook County, Illinois, Chancery Division, as provided by law, and is being

served upon known counsel of record for Plaintiff. A copy of the Notice filed with the Clerk of the Circuit Court of Cook County, Illinois, Chancery Division, is attached hereto as Exhibit "B".

**WHEREFORE**, Hartford Fire Insurance Company respectfully requests that this Notice of Removal be deemed good and sufficient as required by law, that the above-captioned matter be removed from the Circuit Court of Cook County, Illinois, Chancery Division, to the United States District Court for the Northern District of Illinois, Eastern Division, and that this Court have and assume full and complete jurisdiction thereof issuing all necessary orders and granting all general and equitable relief to which Hartford Fire Insurance Company is entitled, and that all further proceedings in the state court be discontinued.

Respectfully submitted,

By: _____s/ David E. Heiss_____
Peter E. Kanaris
David E. Heiss
Michael A. Wax
FISHER KANARIS, P.C.
200 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Tel.: (312) 474-1400
Fax: (312) 474-1410
E-Mail: pkanaris@fisherkanaris.com
dheiss@fisherkanaris.com
mwax@fisherkanaris.com