IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RESTORATION SPECIALISTS, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-00644 |
| ) | |
| HARTFORD FIRE INSURANCE ) | |
| COMPANY, ) | Judge Robert M. Dow, Jr. |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:  Laurie M. Burgess
     Katz, Friedman, Eagle,
     Eisenstein, Johnson & Bareck, P.C.
     77 W. Washington St.
     Suite 2000
     Chicago, IL 60602

On February 12, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1719 in the Dirksen Federal Building, Chicago, Illinois and shall then and there present, Defendant, Hartford Fire Insurance Company's Motion for Extension to File its Response to Plaintiffs Complaint, a copy of which is attached hereto.

By:  /s/ David E. Heiss
     Peter E. Kanaris
     David E. Heiss
     Michael A. Wax
     FISHER KANARIS, P.C.
     200 South Wacker Drive, Suite 2200
     Chicago, Illinois 60606
     Tel.:  (312) 474-1400
     Fax:   (312) 474-1410
     E-Mail: pkanaris@fisherkanaris.com
     dheiss@fisherkanaris.com
     mwax@fisherkanaris.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Laurie M. Burgess
Katz, Friedman, Eagle,
Eisenstein, Johnson & Bareck, P.C.
77 W. Washington St.
Suite 2000
Chicago, IL 60602
(312) 263-6330

/s/ David E. Heiss
Peter E. Kanaris
David E. Heiss
Michael A. Wax
FISHER KANARIS, P.C.
200 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Tel.:  (312) 474-1400
Fax:  (312) 474-1410
E-Mail:  pkanaris@fisherkanaris.com
dheiss@fisherkanaris.com
mwax@fisherkanaris.com