UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RESTORATION SPECIALISTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY, <br><br> Defendant. | Judge Dow <br> Magistrate Judge Ashman <br> Case No. 08-cv-644 |

## NOTICE OF MOTION

To: Michael A. Wax
Fisher Kanaris, P.C.
200 S. Wacker Dr., Ste. 2200
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on Wednesday, March 26, 2008, at 9:00 AM, I shall appear before the Honorable Robert W. Dow, Jr. of the Northern District of Illinois, Eastern Division, in his courtroom located at 219 South Dearborn Street, Room 1919, Chicago, Illinois, and then and there present Plaintiff's Motion to Strike Defendant's Affirmative Defenses, a copy of which has been served upon you.

s/ David Huffman-Gottschling
One of Plaintiffs' Attorneys

David Huffman-Gottschling
ARDC No. 6269976
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

CERTIFICATE OF SERVICE

I, David Huffman-Gottschling, an attorney, certify that I caused the foregoing document to be served electronically upon the individual listed above by filing it using the ECF system on Tuesday, March 18, 2008.

s/ David Huffman-Gottschling
David Huffman-Gottschling