**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Restoration Specialists, LLC
          Plaintiff,

v.                 Case No.: 1:08−cv−00644
                 Honorable Robert M. Dow Jr.

Hartford Fire Insurance Co.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

  MINUTE entry before Judge Honorable Robert M. Dow, Jr:Status hearing held on 3/26/2008. Response to motion to strike [12] due by 4/9/08 and reply due by 4/16/08. Ruling on motion to strike [12] will be by mail. Rule 26(a)(l) disclosures to be exchanged by 4/16/08. All discovery as to Phase I to be completed by 6/24/08. Status hearing set for 6/4/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.