THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RESTORATION SPECIALISTS, LLC,

        Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

        Defendant.

Judge Dow
Magistrate Judge Ashman
Case No. 08-cv-644

## HARTFORD FIRE INSURANCE COMPANY'S RULE 26(A) INITIAL DISCLOSURES

Defendant HARTFORD FIRE INSURANCE COMPANY ("Hartford") by and through its attorneys FISHER KANARIS, P.C., hereby submit its initial disclosures pursuant to Federal Rule 26(a):

### INITIAL DISCLOSURES

A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    1.    Leonard Grant formerly of Hartford- 150 Federal Street, Boston, MA 02110-1753. Mr. Grant is in possession of information relative to the insurance policy, insurance claim, damages and incident at issue in this lawsuit.

    2.    Dee Torgerson of Hartford- 150 Federal Street, Boston, MA 02110-1753. Ms. Torgerson is in possession of information relative to the insurance policy at issue in this lawsuit and the policy's procurement by the policy's named insured Michael Aufrecht, etal.

3. Michael Schwartz of R.S. Rozak & Company- 601 S. LaSalle, Room 510, Chicago, IL 60605. Mr. Shwartz is in possession of information relative to the insurance policy, insurance claim, damages and incident at issue in this lawsuit.

4. Merissa Lacher of Napco, LLC- 333 Thornall Street, Edison, New Jersey 08818. Ms. Lacher is in possession of information relative Michael Aufrecht, etal.'s procurement of the insurance policy at issue in this lawsuit.

5. John Landry of Napco, LLC- 333 Thornall Street, Edison, New Jersey 08818. Mr. Landry is in possession of information relative Michael Aufrecht, etal.'s procurement of the insurance policy at issue in this lawsuit.

6. Heather Brannen of Napco, LLC- 333 Thornall Street, Edison, New Jersey 08818. Ms. Brannen is in possession of information relative Michael Aufrecht, etal.'s procurement of the insurance policy at issue in this lawsuit.

7. Michael Aufrecht- Mr. Aufrecht is in possession of information relative Michael Aufrecht, etal.'s procurement of the insurance policy at issue in this lawsuit.

8. Michael Kogan of McHenry Insurance Services- Mr. Lacher is in possession of information relative Michael Aufrecht, etal.'s procurement of the insurance policy at issue in this lawsuit.

9. Phillip Pappas- Mr. Pappas is possession of information relative incident and insurance claim at issue in this lawsuit.

Hartford reserves the right to supplement this disclosure as additional individuals become known. Hartford will also identify any testifying expert witnesses according to court order and the Federal Rules of Civil Procedure and the local rules of this District. Hartford reserves the right to amend these initial disclosures as necessary.

B.   A copy of, or description by category and location of, all documents, data, compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claim or defenses unless solely for impeachment.

Hartford agrees to make available at a mutually convenient date and time its file concerning the Restoration Specialists' claim relative to this loss to Plaintiff and any other party for inspection and copying. Hartford reserves the right to amend these initial disclosures as necessary.

C.   A computation of any category or damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials barring on the nature and extent of injuries suffered.

Hartford is not currently asserting a claim for damages against Plaintiff. Hartford reserves the right to amend these initial disclosures as necessary.

D.   For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

HARTFORD states that it issued a first-party property policy of insurance, No. GW 0000253 with effective dates of February 3, 2003 to February 3, 2004, to Michael Aufrecht etal, subject to its terms, conditions, limitations and exclusions, and not otherwise ("the Policy"). The policy will be provided for inspection and copying if necessary.

HARTFORD FIRE INSURANCE COMPANY


By:      /s/David E. Heiss
ONE OF ITS ATTORNEYS


Peter E. Kanaris
David E. Heiss
Michael Wax
FISHER, KANARIS, P.C.
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 474-1400
Fax:(312) 474-1410

**ATTORNEYS FOR HARTFORD FIRE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Stanley Eisenstein
Katz, Friedman, Eagle,
Eisenstein, Johnson & Bareck, P.C.
77 W. Washington St.
Suite 2000
Chicago, IL 60602
(312) 263-6330

/s/ David E. Heiss
Peter E. Kanaris
David E. Heiss
Michael A. Wax
FISHER KANARIS, P.C.
200 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Tel.:   (312) 474-1400
Fax:   (312) 474-1410
E-Mail: **pkanaris@fisherkanaris.com**
**dheiss@fisherkanaris.com**
**mwax@fisherkanaris**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Laurie M. Burgess
Katz, Friedman, Eagle,
Eisenstein, Johnson & Bareck, P.C.
77 W. Washington St.
Suite 2000
Chicago, IL 60602
(312) 263-6330

/s/ David E. Heiss
Peter E. Kanaris
David E. Heiss
Michael A. Wax
FISHER KANARIS, P.C.
200 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Tel.:    (312) 474-1400
Fax:    (312) 474-1410
E-Mail:  pkanaris@fisherkanaris.com
dheiss@fisherkanaris.com
mwax@fisherkanaris.com