UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RESTORATION SPECIALISTS, LLC,

           Plaintiff,

   v.

HARTFORD FIRE INSURANCE COMPANY,

           Defendant.

Judge Dow
Magistrate Judge Ashman
Case No. 08-cv-644

## NOTICE OF MOTION

To:  Restoration Specialists, LLC   Laurie M. Burgess, Esq.   Michael A. Wax
      c/o Philip Pappas, Member    5537 S. Woodlawn Ave.    Fisher Kanaris, P.C.
      3654 N. Lincoln Ave.           Chicago, IL 60637          200 S. Wacker Dr., Ste. 2200
      Chicago, IL 60613                                            Chicago, Illinois 60606

     **PLEASE TAKE NOTICE** that on Tuesday, August 26, 2008, at 9:15 AM, I shall appear before the Honorable Robert W. Dow, Jr. of the Northern District of Illinois, Eastern Division, in his courtroom located at 219 South Dearborn Street, Room 1919, Chicago, Illinois, and then and there present my Motion for Leave to Withdraw as Counsel, a copy of which has been served upon you.

                                                                 s/ David Huffman-Gottschling
                                                                   One of Plaintiffs' Attorneys

David Huffman-Gottschling
ARDC No. 6269976
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

## CERTIFICATE OF SERVICE

  I, David Huffman-Gottschling, an attorney, certify that I caused the foregoing document to be served upon the following persons on August 6, 2008, in the manner indicated below:

*By first-class mail:*        *By email and by ECF:*    *Electronically, by ECF:*

Restoration Specialists, LLC   Laurie M. Burgess, Esq.   Michael A. Wax
c/o Philip Pappas, Member    5537 S. Woodlawn Ave.    Fisher Kanaris, P.C.
3654 N. Lincoln Ave.           Chicago, IL 60637          200 S. Wacker Dr., Ste. 2200
Chicago, IL 60613                                              Chicago, Illinois 60606

                                                                s/ David Huffman-Gottschling
                                                                    David Huffman-Gottschling