# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 644 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Restoration Specialists vs. Hartford Fire Insurance Co. | | |

**DOCKET ENTRY TEXT**

Motion to withdraw[23] the appearances of David Huffman-Gottschling and his co-counsel M. Garrett Hohimer on behalf of Plaintiff is granted. Notice of Motion date of 8/26/08 is stricken and no appearance will be necessary on that date. Plaintiff's request that the Clerk of the Court update Ms. Burgess' ECF profile to reflect her current email address is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|