UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RESTORATION SPECIALISTS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>               Defendant. | Judge Dow<br>Magistrate Judge Ashman<br>Case No. 08-cv-644 |

## AGREED MOTION TO EXTEND DISCOVERY

NOW COMES Plaintiff, by and through his counsel, Laurie M. Burgess, and respectfully prays that this Court enter an Order extending Discovery close date in this matter, and in support of same states as follows:

1. Discovery is currently set to close on August 25, 2008.

2. The parties have exchanged written discovery requests and have been in the process of setting depositions. Plaintiff plans to take three depositions, including one individual who, on information and belief resides in Connecticut. Defendant wishes to take two depositions.

3. Defendant hand-delivered its responses to Plaintiff's written Discovery Requests on August 1, 2008, however, as of July 31, 2008, the undersigned counsel in this matter was no longer affiliated with the law firm (the "Jacobs" firm) to which these materials were delivered. The Jacobs firm filed a motion to withdraw from this matter on August 6, 2008, in response to notice from the Plaintiff indicating his desire that the undersigned counsel (Burgess) represent him in this matter.

4. Due to her move to a new law firm and delay in receipt of Defendant's discovery materials, Plaintiff's counsel has been unable to prepare for, or proceed with depositions.

5. Due to Plaintiff's counsel excessively heavy litigation schedule, her need to conduct at least one deposition out of State, and due to Defendant's decision that it also wishes to proceed with depositions at this time, the parties have agreed that they will need an additional two months in which to conclude discovery.

6. The purpose of this Motion is not to delay resolution of this matter, but instead to enable the parties sufficient time to complete discovery.

WHEREFORE, Plaintiff respectfully prays that discovery in this matter be extended through and including October 25, 2008.

Respectfully submitted,

s/ Laurie M. Burgess
Plaintiff's Attorney

Laurie M. Burgess
Burgess Law Offices, P.C.
25 E. Washington Suite 1400
Chicago, IL 60602
(312)320-1718
lburgess@burgess-laborlaw.com

2