UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RESTORATION SPECIALISTS, LLC,

        Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

        Defendant.

Judge Dow
Magistrate Judge Ashman
Case No. 08-cv-644

## NOTICE OF MOTION

To: Michael A. Wax
Fisher Kanaris, P.C.
200 S. Wacker Dr., Ste. 2200
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on Tuesday, August 26, 2008, at 9:15 AM, I shall appear before the Honorable Robert W. Dow, Jr. of the Northern District of Illinois, Eastern Division, in his courtroom located at 219 South Dearborn Street, Room 1919, Chicago, Illinois, and then and there present the attached Agreed Motion to Extend Discovery, a copy of which has been served upon you.

                        /s/ Laurie M. Burgess
                        Plaintiff's Attorney

Laurie M. Burgess
Burgess Law Offices, P.C.
25 E. Washington Suite 1400
Chicago, IL 60602
(312)320-1718
lburgess@burgess-laborlaw.com

## CERTIFICATE OF SERVICE

I, Laurie M. Burgess, an attorney, certify that I caused the foregoing document to be served upon the following persons on August 21, 2008, in the manner indicated below:

*Electronically, by ECF:*

Michael A. Wax
Fisher Kanaris, P.C.
200 S. Wacker Dr., Ste. 2200
Chicago, Illinois 60606

                        s/ Laurie M. Burgess