**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Restoration Specialists, LLC
                                  Plaintiff,

v.                                                     Case No.: 1:08–cv–00644
                                                          Honorable Robert M. Dow Jr.

Hartford Fire Insurance Co.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The Court has before it the parties' agreed motion to extend discovery [26]. In view of the representations of counsel, the motion is granted and the discovery cutoff is extended to 10/25/08 and the notice of motion date and status hearing set for 8/26/08 are stricken. This case is reset for status on 10/15/08 at 9:00 am.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.